UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ADILET SAGYMBEKOV,

        Petitioner,           Case No. 1:25-cv-1646

v.          Hon. Hala Y. Jarbou

KRISTI NOEM et al.,

        Respondents.
_____/

## ORDER

Petitioner, a United States Immigration and Customs Enforcement detainee, initiated this action by filing a counseled combined petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and complaint for emergency injunctive relief. (Pet., ECF No. 1.) In an opinion and judgment entered on December 18, 2025, the Court conditionally granted Petitioner's § 2241 petition and ordered Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days or to immediately release Petitioner from custody. (ECF Nos. 6, 7.) The Court ordered Respondents to file a status report with the Court to certify compliance with the Court's opinion and judgment, and in the status report, the Court ordered Respondents to provide the following information: "if and when the bond hearing occurred, if bond was granted or denied, and *if bond was granted, the conditions of the bond*, or if bond was denied, the reasons for the denial." (ECF Nos. 6, 7 (emphasis added).)

On December 29, 2025, Respondents filed a status report indicating that Respondents "provided Petitioner with a bond hearing on December 22, 2025, where bond was granted." (ECF No. 8, PageID.82.) However, Respondents failed to provide any information about the conditions

of Petitioner's bond, as they had been ordered to do in the Court's December 18, 2025, opinion and judgment. Accordingly,

**IT IS ORDERED** that Respondents shall file an updated status report with information about the conditions of Petitioner's bond within two days of the date of this order.

Dated: December 31, 2025                          /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE